UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LARRY JAMES MOORE** | : | **CIVIL ACTION NO. 2:11-CV-1224** |
| **V.** | : | **JUDGE MINALDI** |
| **JOHN SMITH, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

In a separately issued Memorandum Order, this court denied plaintiff's motion to remand and determined that plaintiff has not stated a cause of action against the named defendants Jonathan P. Manns, Angela Neugent, Mark Rhoads, and Ron Williams Construction Inc.

For the reasons stated in the Memorandum Order this court recommends that the plaintiff's claims against Jonathan P. Manns, Angela Neugent, Mark Rhoads, and Ron Williams Construction Inc. be DISMISSED.

Under the provisions of 28 U.S.C. Section 636 and Rule 72, parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within fourteen days after being served with a copy of any objections or response to the District judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall

bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE this 3rd day of April, 2012.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE