RECEIVED
IN LAKE CHARLES, LA

OCT 16 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LARRY JAMES MOORE** | : | **DOCKET NO. 2:11 CV 1224** |
| VS. | : | **JUDGE MINALDI** |
| **JOHN SMITH, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 23] and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that the plaintiff's Motion to Amend [Doc. 16] and Motion to Remand [Doc. 8] are DENIED.

**IT IS FURTHER ORDERED** that the plaintiff's claims against Jonathan P. Manns, Angela Neugent, Mark Rhoads, and Ron Williams Construction Inc. are DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this ____ day of October, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE